# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00262-CV

**Seham El-Sabrout, Appellant**

**v.**

**Muhammad A. Ragab, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
## NO. 96-13921A, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Seham El-Sabrout filed a notice of appeal from an order modifying the child-custody decree. She has failed to file a brief. Postcards sent to her last known address notifying her that her brief is overdue have been returned with the notation that she no longer lives at that address and has not provided a forwarding address. We dismiss the appeal for want of prosecution for El-Sabrout's failure to file a brief. *See* Tex. R. App. P. 42.3(b).

Mack Kidd, Justice

Before Chief Justice Law, Justices Kidd and Puryear

Dismissed for Want of Prosecution

Filed:   December 11, 2003